

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-30-2011

# USA v. Jose Lopez

Precedential or Non-Precedential: Precedential

Docket No. 10-1833

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"USA v. Jose Lopez" (2011). *2011 Decisions.* Paper 947.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/947

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
———

No. 10-1833
———

UNITED STATES OF AMERICA

v.

JOSE J. LOPEZ,
a/k/a
JOSE LOPEZ-JIMENEZ

Jose J. Lopez,

Appellant

———

No. 10-2415
———

UNITED STATES OF AMERICA

v.

PEDRO ESPARZA-DIAZ,
also known as JUAN DIAZ OSEGERA,
also known as JUAN ESPARZA-DIAZ,
also known as JUAN TRUJILLO,
also known as JUAN SANCHEZ

Pedro Esparza-Diaz,

Appellant

———

No. 10-2518
———

UNITED STATES OF AMERICA

v.

PEDRO MANUEL ARRELUCEA-ZAMUDIO,

Appellant

———

No. 10-2519

———

UNITED STATES OF AMERICA

v.

SILVESTRE BRITO-HERNANDEZ,

Appellant

———

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Nos. 3-09-cr-00623-001, 1-09-cr-00449-001,
1-08-cr-00136-001 and 1-08-cr-00711-001)
District Judges:  Honorable Garrett E. Brown,
Honorable Robert B. Kugler and Honorable Renee M. Bumb

———

Argued April 15, 2011
Before:  FISHER, JORDAN and COWEN, *Circuit Judges.*

———

## ORDER AMENDING OPINION

IT IS HEREBY ORDERED that the opinion in the above case, filed June 16, 2011, be amended as follows:

Page 3, the description of counsel for appellant, Jose J. Lopez, which read:
 Lisa Van Hoeck
 Office of Federal Public Defender
 22 South Clinton Avenue
 Station Plaza #4, 4th Floor
 Trenton, NJ  08609
  *Counsel for Appellant,*
  *Jose J. Lopez*

2

shall read:

> Lisa Van Hoeck (Argued)
> Office of Federal Public Defender
> 22 South Clinton Avenue
> Station Plaza #4, 4th Floor
> Trenton, NJ  08609
>> *Counsel for Appellant,*
>> *Jose J. Lopez*

By the Court,


/s/ D. Michael Fisher
Circuit Judge

Dated:        June 30, 2011